**Paula A. Barran,** OSB No. 80397
pbarran@barran.com
**Richard C. Hunt,** OSB No. 68077
Barran Liebman LLP
rhunt@barran.com
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WESLEY GERMER, | CV._____ |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT** |
| SAGE SOFTWARE, INC., a Virginia corporation, | |
| Defendant. | |

TO: The Judges of the United States District Court for the District of Oregon; Clerk of the Circuit Court of the State of Oregon for the County of Multnomah; and Scott N. Hunt, plaintiff's attorney of record.

Pursuant to 28 USC § 1441, defendant Sage Software, Inc., hereby gives notice of the removal of the action entitled *Wesley Germer v. Sage Software, Inc., a Virginia corporation,*

Page 1 – DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

00120078.DOC /

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

Case No. 0802-02935, pending in the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for Oregon.

1.      On or about February 25, 2008, an action was filed against defendant Sage Software, Inc., in the Circuit Court of the State of Oregon for the County of Multnomah, Case No. 0802-02935, entitled *Wesley Germer v. Sage Software, Inc., a Virginia corporation*. A copy of the Summons and Complaint filed and entered in said Court are attached hereto as Exhibits A and B, respectively, and incorporated by reference herein.

2.      Pursuant to 28 USC § 1446, this Notice of Removal is timely filed within 30 days after defendant Sage Software, Inc., learned of the suit.

3.      The requirements of 28 USC § 1332(a) are satisfied in that the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs. Plaintiff seeks damages against defendant in the amount of $300,000 in economic damages, $500,000 in non-economic damages, and other unspecified amounts in damages.

4.      This is a civil action that may be removed to this Court by defendant, pursuant to the provisions of 28 USC § 1441 and 1446(b), inasmuch as it is a civil action wherein the matter of controversy exceeds the sum of $75,000, exclusive of interests and costs, and is between citizens of different states. Plaintiff is a resident of Washington. Sage Software, Inc. is a Virginia corporation and has a principal place of business in a state other than Oregon.

5.      Promptly after filing this Notice of Removal, defendant will serve a copy upon plaintiff and will file a copy with the Clerk of the Circuit Court of Multnomah County, Oregon.

//
//
//
//
//

Page 2 – DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

THEREFORE, defendant removes the above-referenced case now pending against it in the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon.

DATED this 24th day of March, 2008.

BARRAN LIEBMAN LLP

By _____
Paula A. Barran, OSB No. 80397
Richard C. Hunt, OSB No. 68077
Telephone: (503) 228-0500
Attorneys for Defendant

Page 3 – DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

# In the Circuit Court of the State of Oregon

For the County of __Multnomah__

WESLEY GERMER,

_____ Plaintiff(s),

vs.

SAGE SOFTWARE, INC., a Virginia corporation,

_____ Defendant(s).

Case No. __0802-02935__

SUMMONS

To __CT CORPORATION SYSTEM__
__388 State Street, Suite 420__
__Salem, OR 97301__
__Registered Agent for Sage Software, Inc.__ _____ Defendant

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ☒ ATTORNEY ☐ AUTHOR FOR PLAINTIFF

Scott N. Hunt, OSB #92343
ATTORNEY'S / AUTHOR'S NAME (TYPED OR PRINTED)    BAR NO. (IF ANY)

621 S.W. Morrison Street, Suite 521
ADDRESS

Portland, Oregon  97205  (503) 248-0504
CITY            STATE         ZIP          PHONE

(503)248-2131    shunt@busseandhunt.com
FAX (IF ANY)              ATTORNEY'S E-MAIL ADDRESS (IF ANY)

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)    BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.

FORM No. 190 – SUMMONS
© 1985-2008 Stevens-Ness Law Publishing Co.
Portland, OR  www.stevensness.com      EO

Page 1 – SUMMONS.

NO PART OF ANY STEVENS-NESS FORM MAY BE REPRODUCED IN ANY FORM OR BY ANY ELECTRONIC OR MECHANICAL MEANS.

Exhibit A, Page 1
Def's Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WESLEY GERMER,<br><br>    Plaintiff,<br><br>v.<br><br>SAGE SOFTWARE, INC., a Virginia corporation,<br><br>    Defendant. | Case No. 0802-02935<br><br>COMPLAINT<br>(Disability Discrimination; Oregon Family Leave Act Discrimination; Wrongful Discharge)<br><br>CLAIMS NOT SUBJECT TO MANDATORY ARBITRATION |

Plaintiff alleges:

## FIRST CLAIM FOR RELIEF

(Disability/Perceived Disability Discrimination - ORS 659A.112)

1.

Plaintiff is a resident and citizen of the State of Washington.

2.

Defendant is a Virginia corporation doing business in Oregon. At all material times Defendant acted through agents and employees who at all material times acted within the course and scope of their agency and employment for Defendant.

3.

Plaintiff worked for Defendant in Oregon from on or about June 26, 2006 until

Page 1 - COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit B, Page 1
Def's Notice of Removal

January 11, 2007 when Defendant terminated his employment.

4.

Prior to his employment Plaintiff injured his back resulting in a back condition and chronic pain. Prior to his termination Plaintiff informed Defendant of his back condition and that he took pain medication for the chronic pain associated with his back condition. At the time of his termination, Plaintiff's back condition and/or chronic pain substantially limited him in one or more major life activities, including, but not limited to, lifting, standing, walking, running, sitting, reaching, carrying and/or sleeping. At times his pain leads to debilitating migraine headaches at which times he is substantially limited in multiple major life activities, including but not limited to, seeing and/or caring for himself.

5.

Prior to Plaintiff's termination, Plaintiff requested reasonable accommodation of his back condition, and/or chronic pain including leave to see his medical providers. Prior to his termination he complained and/or reported that he felt discriminated against due to his disability, back condition and/or chronic pain.

6.

As a result of Plaintiff's back condition, chronic pain, and/or his need to take pain medication due to that condition(s) Defendant perceived him to be disabled in that he was perceived to have a substantially limiting back condition and/or an addiction to pain medications.

7.

Defendant discriminated against Plaintiff by failing to reasonably accommodate him

Page 2 - COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit B, Page 2
Def's Notice of Removal

1  and/or by failing to engage in the interactive process and/or by terminating his employment
2  because of his disability, because of his medical history, because it perceived him to be a
3  disabled person and/or in retaliation for requesting a reasonable accommodation and/or
4  complaining about and/or reporting being discriminated against due to his disability.

8.

As a result of Defendant's conduct, Plaintiff suffered and continues to suffer emotional distress, all to his non-economic damage in an amount to be proven at trial, which amount is alleged to be $500,000.

9.

As a further result of Defendant's conduct, Plaintiff suffered economic loss and continues to suffer such loss all to his damage in a sum to be proven at trial, which sum is alleged to be $300,000.

10.

Defendant's conduct demonstrated a reckless and outrageous indifference to a reasonable risk of harm to Plaintiff, or a conscious indifference to his health and/or welfare, and Plaintiff reserves the right to allege punitive damages in an amount to be set by a jury.

11.

Pursuant to ORS 659A.885 and 20.107, Plaintiff is entitled to his reasonable attorneys' fees, expert witness fees, costs and disbursements.

////

////

////

Page  3 - COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit B, Page 3
Def's Notice of Removal

## SECOND CLAIM FOR RELIEF

(Oregon Family Leave Act Discrimination - ORS chapter 659A)

12.

Plaintiff realleges paragraphs 1 through 9, and 11.

13.

At all material times Defendant was a "covered employer," pursuant to ORS 659A.153, and subject to Oregon's Family Leave Act.

14.

At all material times after April 30, 2007, Plaintiff was an "eligible employee," pursuant to ORS 659A.156, entitled to the benefits and protections of Oregon's Family Leave Act.

15.

Starting in July 2007, Plaintiff requested leave to seek treatment for his serious health condition.

16.

Defendant initially granted Plaintiff's request for leave, then interfered with Plaintiff taking such leave and ultimately refused to allow him to take medical leave.

17.

Plaintiff was terminated in substantial part for requesting and/or taking family medical leave.

18.

Plaintiff is entitled to back pay, reinstatement or front pay, prejudgment interest and

Page  4 - COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit B, Page 4
Def's Notice of Removal

reasonable attorneys' fees and expert witness fees pursuant to ORS 659A.885 and ORS 20.107.

### THIRD CLAIM FOR RELIEF

(Wrongful Discharge)

19.

Plaintiff realleges paragraphs 1 through 10, 13, 14, 15 and 17.

20.

Before his termination, Plaintiff requested and/or took family leave due to his serious health condition.

WHEREFORE, Plaintiff prays for judgment as alleged in the claim stated above.

DATED this 25th day of February, 2008.

BUSSE & HUNT

*[signature]*

SCOTT N. HUNT, OSB #92343
Telephone: (503) 248-0504
Facsimile: (503) 248-2131
shunt@busseandhunt.com
Of Attorneys for Plaintiff Wesley Germer

TRIAL ATTORNEY:
SCOTT N. HUNT, OSB #92343

Page  5  -  COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205

Exhibit B, Page 5
Def's Notice of Removal

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2008, I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT** on the following party at the following address:

> Scott N. Hunt
> Busse and Hunt
> 621 S.W. Morrison Street, Suite 521
> Portland, Oregon 97205

by causing the same to be:  ☒ mailed    ☐ hand delivered    ☐ faxed    ☐ e-mailed

to him a true and correct copy thereof.

_____
Richard C. Hunt

Page 4 – DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT